IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CV-244

| | | |
|---|---|---|
| CHRISTY WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the Memorandum and Recommendation ("M&R") of
United States Magistrate Judge William A. Webb, regarding the parties' cross-motions for judgment
on the pleadings. No objections to the M&R have been filed, and the time within which to make any
objection has expired. This matter is ripe for ruling.

The court hereby ADOPTS the recommendation of the magistrate judge as its own, and, for
the reasons stated therein, plaintiff's motion is GRANTED and defendant's motion is DENIED.
Defendant's final decision is vacated and remanded pursuant to sentence four of 42 U.S.C. § 405(g)
for further proceedings consistent with te magistrate judge's M&R. The clerk of court is directed
to close the case.

SO ORDERED, this the 26 day of July, 2011.

LOUISE W. FLANAGAN
Chief United States District Judge